# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VIRGINIA BISSINGER,**

      **Plaintiff,**

**v.**                                                                             **Case No:   6:13-cv-1602-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on October 17, 2013, appealing the final decision of the Commissioner of Social Security (the Commissioner) denying her claim for benefits.

On September 22, 2014, the United States Magistrate Judge issued a report (Doc. No. 23) recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings.   No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.      The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

    3.      Upon remand, the Commissioner is directed to address Dr. Gonzalez's treatment notes and the Department of Education's Individualized Plan for Employment.

4. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 9, 2014.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party