# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VIRGINIA BISSINGER,**

      **Plaintiff,**

**v.**                                          **Case No: 6:13-cv-1602-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

Upon consideration of the Report & Recommendation by Magistrate Judge Kelly (Doc. 29) and the notice of no objection thereto (Doc. 30), it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED and made a part of this Order. Counsel's request for payment of a reasonable fee (Doc. 28) is GRANTED. Plaintiff's counsel is authorized to charge an attorney's fee of $14,988.50. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party